IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

AMANDA WASHINGTON

    Plaintiff,

    v.                                                          Case No. 2:21cv663 (EWH)

KILOLO KIJAKAZI,
Commissioner of Social Security,

    Defendant.

## **FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on January 5, 2023 (ECF No. 29). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

    (1)    The Report and Recommendation (ECF No. 29) is ADOPTED as the opinion of this Court.

    (2)    Plaintiff's Motion for Summary Judgment (ECF No. 20) is DENIED.

    (3)    Defendant's Motion for Summary Judgment (ECF No. 22) is GRANTED.

    (4)    The final decision of the Commissioner is AFFIRMED.

    (5)    This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

                                                            /s/
                                                 Elizabeth W. Hanes
                                                 United States District Judge

Norfolk, Virginia
Date: January 24, 2023